United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DENNIS JACOBS**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: July 01, 2013
Docket #: 13-1320mv
Short Title: Samserv, Inc. v. Sykes

DC Docket #: 09-cv-8486
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 09-cv-8486
DC Court: SDNY (NEW YORK CITY)
DC Judge: Chin

### NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for leave to appeal filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, July 16, 2013.

Inquiries regarding this case may be directed to 212-857-8595 .