S.D.N.Y.-N.Y.C.
09-cv-8486
Chin, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of July, two thousand thirteen.

Present:
    José A. Cabranes,
    Reena Raggi,
    Richard C. Wesley,
        *Circuit Judges*.

Samserv, Inc., *et al.*,

        *Petitioners*,

    v.

        13-1320 (L),
        13-1323 (Con),
        13-1324 (Con)

Monique Sykes, Individually and on Behalf of All Others Similarly Situated, *et al.*,

        *Respondents*.

Petitioners, through counsel, move, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal the district court's order granting Respondents' motion for class certification. Upon due consideration, it is hereby ORDERED that the petitions are GRANTED.

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk

SAO-SSH

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/19/2013